GARY M. RESTAINO
United States Attorney
District of Arizona
W. VINNIE LICHVAR
Arizona State Bar No. 028112
Email: vinnie.lichvar@usdoj.gov
SHARON K. SEXTON
Arizona State Bar No. 012359
Email: sharon.sexton@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

```
                    FILED        LODGED
                    RECEIVED     COPY

                    MAR 1 4 2023

                    CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Arlando Jessie Barton,<br><br>　　　　　Defendant. | No. CR-23-8044-PCT-GMS (ESW)<br><br>**REDACTED INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR – Assault Resulting in Serious Bodily Injury)<br>Count 1<br><br>18 U.S.C. § 1153 and A.R.S. §§ 13-3623(A), 13-702, and 13-705<br>(CIR – Child Abuse)<br>Count 2<br><br>18 U.S.C. § 1153 and A.R.S. §§ 13-3623(B) and 13-702<br>(CIR – Child Abuse)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or between September 23, 2021 and December 29, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant ARLANDO JESSIE BARTON, an Indian, did intentionally, knowingly and recklessly

assault the victim, Jane Doe, a child under the age of 18 years, resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

### COUNT 2

On or between September 23, 2021 and December 29, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant ARLANDO JESSIE BARTON, an Indian, under circumstances likely to produce serious physical injury, intentionally, knowingly, and recklessly caused Jane Doe, a child under the age of 15, to suffer physical injury, involving injury to her right leg.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes, Sections 13-3623(A), 13-702, and 13-705.

### COUNT 3

On or between September 23, 2021 and December 29, 2021, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, Defendant ARLANDO JESSIE BARTON, an Indian, under circumstances other than those likely to produce death and serious physical injury, and having care and custody of Jane Doe, a child under the age of 15, intentionally, knowingly, and recklessly caused and permitted her to be placed in a situation where her person and health were endangered, to wit: by throwing, shaking, and otherwise mishandling her.

In violation of Title 18, United States Code, Section 1153 and Arizona Revised Statutes, Sections 13-3623(B) and 13-702.

A TRUE BILL

_/s/_
FOREPERSON OF THE GRAND JURY
Date: March 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

_/s/_
W. VINNIE LICHVAR
SHARON K. SEXTON
Assistant U.S. Attorneys